UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AYMEN ELOUARIACHI**,

　　　　Petitioner,

　　　　v.

**ANTONE MONIZ,** *Superintendent,*
*Plymouth County Correctional Facility,*
**PATRICIA HYDE,** *Field Office Director,*
**TODD LYONS,** *Acting Director of U.S.*
*Immigration and Customs Enforcement,*

　　　　Respondents.

CIVIL ACTION NO.
26-11647-BEM

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on April 9, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

Deputy Clerk

DATED: April 9, 2026